UNITED STATES DISTRICT COURT
Middle District of Tennessee

Aleta A. Trauger
U.S. District Judge
615 736-7143
███████████

825 U.S. Courthouse
801 Broadway
Nashville, Tennessee 37203

May 17, 2007

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, DC  20544

2007 MAY 18 A 11: 36
FINANCIAL DISCLOSURE OFFICE
RECEIVED

Re: <u>Amended Financial Disclosure Report for 2006</u>

Dear Committee:

When filing my 2006 Report, I inadvertently omitted that, after the death of ███████ in April, I was appointed Co-Executor of her estate, along with ████████ Enclosed is my Amended 2006 Report, which discloses that position in Part I and the assets of her estate in Part VII, at numbers 64-69.

Please contact me, should you need further information concerning this new matter.

Sincerely,



Aleta A. Trauger

AAT/db

Enclosure

## AMENDED 5/17/07

| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Trauger, Aleta A | 2. Court or Organization<br><br>U.S. District Court (MD Tenn) | 3. Date of Report<br><br>05/17/07 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Ct.Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, ' Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☒ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>825 U.S. Courthouse<br>801 Broadway<br>Nashville, Tennessee 37203 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Trustees | Cornell College, Mt. Vernon, Iowa |
| 2. | Member, Board of Trustees | St. Bernard Academy |
| 3. | Member, National Council | Vanderbilt Law School |
| 4. | Co-Executor | Estate ████████████ |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)* _

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

RECEIVED 2007 MAY 18 A 11:30 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Trauger, Aleta A | 05/17/07 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | Income from law firm partnership ▮▮▮▮ s attorney partner in Trauger & Tuke. |
| 2. | 2006 | Service on board of directors--Qualifacts Systems, Inc. |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ]  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Nashville Bank & Trust | Mortgage on ▮▮▮ law firm building ▮▮▮ joint liability with other partners) | O |
| 2. | Nashville Bank & Trust | Loan for ▮▮▮ law firm HVAC units ▮▮▮ joint liability with other partners) | J |
| 3. | Nashville Bank & Trust | Line of credit on ▮▮▮ law firm building | M |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trauger, Aleta A | 05/17/07 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g. div., rent, or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g. buy, sell, redemption) | (2)<br>Date Month - Day | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 1. Acc'ts. at SunTrust Bank, Nashville, TN | D | Interest | M | T | | | | | |
| 2. The Equitable A.B.A. Group IRA | D | Interest | M | T | | | | | |
| 3. Robertson Stephens Emerging Growth Fund | D | Interest | M | T | | | | | |
| 4. Coventry Health Care Inc. common stock | | None | M | T | gift | 12/28 | K | | West End UMC |
| 5. | | | | | gift | 12/28 | J | | Martin Meth. College |
| 6. | | | | | gift | 12/28 | J | | Cornell College |
| 7. | | | | | gift | 12/28 | J | | Vanderbilt University |
| 8. | | | | | gift | vari. | J | | Nashville Public TV |
| 9. | | | | | gift | vari. | J | | Nashville Symphony |
| 10. | | | | | gift | 12/28 | J | | Land Trust for TN |
| 11. | | | | | gift | 12/29 | M | | Community Found. of Mid.TN |
| 12. Guilford Co., NC farmland | B | Rent | N | W | | | | | |
| 13. Cash surr. value NW Life policy | | None | L | T | | | | | |
| 14. Cash surr. value of 2 NW Life policies | | None | M | T | | | | | |
| 15. Parnassus Fund | B | Dividend | K | T | | | | | |
| 16. Interest in law firm bldg. (with partners) | | None | N | W | | | | | |
| 17. Profit sharing plan- Divers. Trust | | None | O | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trauger, Aleta A | 05/17/07 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Knox County, TN munic. bonds | | None | K | T | | | | | |
| 19.  Rutherford Co., TN gen. oblig. bonds | | None | K | T | | | | | |
| 20.  ITECH Partners, L.P. | A | Dividend | K | W | | | | | |
| 21.  Promissory note from Paul C. Ney, Jr. | | None | | | | 6/19 | L | E | paid off |
| 22.  Moore County, NC timber land | | None | M | W | | | | | |
| 23.  Qualifacts Systems, Inc. | | None | J | W | | | | | |
| 24.  Metro Nashville Electric Revenue bonds | | None | K | T | | | | | |
| 25.  CP Pool One, LLC | | None | J | W | | | | | |
| 26.  Bank of America Corp. | B | Dividend | K | T | | | | | |
| 27.  Exxon Mobil Corp. | A | Dividend | K | T | | | | | |
| 28.  Jefferson-Pilot Corp. | A | Dividend | | | merger | 4/17 | K | A | merged into Lincoln N.C. |
| 29.  Piedmont Natural Gas Co. | A | Dividend | K | T | | | | | |
| 30.  Metro Nashville Electric Service Zero Coupon Bonds | | None | K | T | | | | | |
| 31.  TN Housing Development Agcy. Homeownership Bonds | B | Interest | K | T | partial call | 1/3 | J | | |
| 32. | | | | | partial call | 7/3 | J | | |
| 33.  The Camelot Schools, LLC (2 notes) | | None | | | discharged | | | | |
| 34.  Centennial Money Market (A.G. Edwards) | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Trauger, Aleta A | 05/17/07 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Elizabethton, TN water & sewer revenue bonds | | None | K | T | | | | | |
| 36. A.G. Edwards & Sons Brokerage Acct. | | | | | | | | | |
| 37. - American Balanced Fund, Inc. | C | Dividend | M | T | buy | var. | J | | div. reinvest. |
| 38. | | | | | buy | 1/3 | K | | |
| 39. | | | | | buy | 10/30 | J | | |
| 40. | | | | | buy | 12/28 | J | | |
| 41. - Capital Income Builder Fund | C | Dividend | M | T | buy | var. | J | | div. reinvest. |
| 42. | | | | | buy | 1/3 | K | | |
| 43. | | | | | buy | 10/30 | J | | |
| 44. | | | | | buy | 12/28 | J | | |
| 45. - Capital World Growth & Income Fund | D | Dividend | N | T | buy | var. | K | | div. reinvest. |
| 46. | | | | | buy | 1/3 | K | | |
| 47. | | | | | buy | 10/30 | J | | |
| 48. | | | | | buy | 12/28 | J | | |
| 49. - Growth Fund of America, Inc. | A | Dividend | M | T | buy | var. | J | | div. reinvest. |
| 50. | | | | | buy | 1/3 | K | | |
| 51. | | | | | buy | 10/30 | J | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes   P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000   T =Cash Market
(See Column C2)   Q =Appraisal   V =Other   S =Assessment
  U =Book Value   W =Estimated

| Name of Person Reporting | Date of Report |
| --- | --- |
| Trauger, Aleta A | 05/17/07 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | buy | 12/28 | J | | |
| 53.   - Investment Co. of America | B | Dividend | M | T | buy | var. | J | | div. reinvest. |
| 54. | | | | | buy | 1/3 | K | | |
| 55. | | | | | buy | 10/30 | J | | |
| 56. | | | | | buy | 12/28 | J | | |
| 57.   - New Perspective Fund | B | Dividend | M | T | buy | var. | J | | div. reinvest. |
| 58. | | | | | buy | 1/3 | K | | |
| 59. | | | | | buy | 10/30 | J | | |
| 60. | | | | | buy | 12/28 | J | | |
| 61.   Lincoln National Corp | A | Interest | K | T | merger | 4/17 | | | Jeff. Pilot mrgd into LNC |
| 62.   Pinnacle Nat. Bank CD | | None | | | buy | 9/11 | K | | |
| 63.   MGT Holdings | | None | M | T | | | | | |
| 64.   Estate ▓▓▓▓▓▓ | | | | | | | | | |
| 65.   -Duke Power Stock | A | Dividend | | | sell | 8/8 | K | | |
| 66.   -World Savings IRA | | None | | | distributed | 5/8 | K | | |
| 67.   -SunTrust Bank account | | None | | | distributed | 9/3 | J | | |
| 68.   -First Republic bond fund | | None | | | liquidated | 5/25 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  -Mtn. States Bank account | | None | | | distributed | 9/3 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trauger, Aleta A | 05/17/07 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII.

16. Not taking into account the outstanding mortgage.

33. Discharged in bankruptcy.

63. Bought in 2004 as Medicsight (name change to MGT Holdings 12/06) - amendment letter enclosed.

| Name of Person Reporting | Date of Report |
|---|---|
| Trauger, Aleta A | 05/17/07 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signatu                                                                                   Date  5-17-07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WIL           SIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E. .
Washington, D.C. 20544

Aleta A. Trauger
U.S. District Judge
615 736-7143

825 U.S. Courthouse
801 Broadway
Nashville, Tennessee 37203

April 24, 2007

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, DC 20544

Re: Amendment to Part VII of 2004 and 2005 Disclosure Reports

Dear Committee:

In preparing my disclosure report for 2006, ██████████ and I discovered an inadvertent omission that has been made for the last two years on my financial disclosure reports. On March 15, 2004, we purchased $25,000 worth of stock in a company called Medicsight, and on November 30, 2004, we purchased another $75,000 of stock from this company. No interest has been earned over the years on this stock, and its value has remained in the consistent range of $100,000 to $250,000. In December of 2006, Medicsight changed its name to MGT Holdings, and that company name appears on my 2006 Financial Disclosure Report on Line 63.

I apologize for this inadvertent oversight. Please consider this letter an amendment to Part VII of my Disclosure Reports for 2004 and 2005, and please contact me if you need any further information.

Very truly yours,



Aleta A. Trauger

AAT/db

| AO 10 |
| Rev. 1/2007 |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Trauger, Aleta A | U.S. District Court (MD Tenn) | 04/24/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Ct.Judge-Active | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final | 01/01/2006<br>to<br>12/31/2006 |
|  | 5b. ☐ Amended Report |  |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 825 U.S. Courthouse<br>801 Broadway<br>Nashville, Tennessee 37203 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Trustees | Cornell College, Mt. Vernon, Iowa |
| 2. Member, Board of Trustees | St. Bernard Academy |
| 3. Member, National Council | Vanderbilt Law School |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 APR 25 A 11:14 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2006 | Income from law firm partnership -███████ attorney partner in Trauger & Tuke. |
| 2. 2006 | Service on board of directors--Qualifacts Systems, Inc. |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]  NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trauger, Aleta A | 04/24/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Nashville Bank & Trust | Mortgage ████ law firm building ████ liability with other pa tners) | O |
| 2. | Nashville Bank & Trust | Loan ████ law firm HVAC units ████ joint liability with other partners) | J |
| 3. | Nashville Bank & Trust | Line of credit on ████ law firm building | M |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trauger, Aleta A | 04/24/2007 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Acc'ts. at SunTrust Bank, Nashville, TN | D | Interest | M | T | | | | | |
| 2. The Equitable A.B.A. Group IRA | D | Interest | M | T | | | | | |
| 3. Robertson Stephens Emerging Growth Fund | D | Interest | M | T | | | | | |
| 4. Coventry Health Care Inc. common stock | | None | M | T | gift | 12/28 | K | | West End UMC |
| 5. | | | | | gift | 12/28 | J | | Martin Meth. College |
| 6. | | | | | gift | 12/28 | J | | Cornell College |
| 7. | | | | | gift | 12/28 | J | | Vanderbilt University |
| 8. | | | | | gift | vari. | J | | Nashville Public TV |
| 9. | | | | | gift | vari. | J | | Nashville Symphony |
| 10. | | | | | gift | 12/28 | J | | Land Trust for TN |
| 11. | | | | | gift | 12/29 | M | | Community Found. of Mid.TN |
| 12. Guilford Co., NC farmland | B | Rent | N | W | | | | | |
| 13. Cash surr. value NW Life policy | | None | L | T | | | | | |
| 14. Cash surr. value of 2 NW Life policies | | None | M | T | | | | | |
| 15. Parnassus Fund | B | Dividend | K | T | | | | | |
| 16. Interest in law firm bldg. (with partners) | | None | N | W | | | | | |
| 17. Profit sharing plan- Divers. Trust | | None | O | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    S =Assessment
   U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
| --- | --- |
| Trauger, Aleta A | 04/24/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Knox County, TN munic. bonds | | None | K | T | | | | | |
| 19. Rutherford Co., TN gen. oblig. bonds | | None | K | T | | | | | |
| 20. ITECH Partners, L.P. | A | Dividend | K | W | | | | | |
| 21. Promissory note from Paul C. Ney, Jr. | | None | | | | 6/19 | L | E | paid off |
| 22. Moore County, NC timber land | | None | M | W | | | | | |
| 23. Qualifacts Systems, Inc. | | None | J | W | | | | | |
| 24. Metro Nashville Electric Revenue bonds | | None | K | T | | | | | |
| 25. CP Pool One, LLC | | None | J | W | | | | | |
| 26. Bank of America Corp. | B | Dividend | K | T | | | | | |
| 27. Exxon Mobil Corp. | A | Dividend | K | T | | | | | |
| 28. Jefferson-Pilot Corp. | A | Dividend | | | merger | 4/17 | K | A | merged into Lincoln N.C. |
| 29. Piedmont Natural Gas Co. | A | Dividend | K | T | | | | | |
| 30. Metro Nashville Electric Service Zero Coupon Bonds | | None | K | T | | | | | |
| 31. TN Housing Development Agcy. Homeownership Bonds | B | Interest | K | T | partial call | 1/3 | J | | |
| 32. | | | | | partial call | 7/3 | J | | |
| 33. The Camelot Schools, LLC (2 notes) | | None | | | discharged | | | | |
| 34. Centennial Money Market (A.G. Edwards) | C | Interest | M | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    S =Assessment
   U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Trauger, Aleta A | 04/24/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Elizabethton, TN water & sewer revenue bonds | | None | K | T | | | | | |
| 36. A.G. Edwards & Sons Brokerage Acct. | | | | | | | | | |
| 37. - American Balanced Fund, Inc. | C | Dividend | M | T | buy | var. | J | | div. reinvest. |
| 38. | | | | | buy | 1/3 | K | | |
| 39. | | | | | buy | 10/30 | J | | |
| 40. | | | | | buy | 12/28 | J | | |
| 41. - Capital Income Builder Fund | C | Dividend | M | T | buy | var. | J | | div. reinvest. |
| 42. | | | | | buy | 1/3 | K | | |
| 43. | | | | | buy | 10/30 | J | | |
| 44. | | | | | buy | 12/28 | J | | |
| 45. - Capital World Growth & Income Fund | D | Dividend | N | T | buy | var. | K | | div. reinvest. |
| 46. | | | | | buy | 1/3 | K | | |
| 47. | | | | | buy | 10/30 | J | | |
| 48. | | | | | buy | 12/28 | J | | |
| 49. - Growth Fund of America, Inc. | A | Dividend | M | T | buy | var. | J | | div. reinvest. |
| 50. | | | | | buy | 1/3 | K | | |
| 51. | | | | | buy | 10/30 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | S =Assessment | | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trauger, Aleta A | 04/24/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | buy | 12/28 | J | | |
| 53.   - Investment Co. of America | B | Dividend | M | T | buy | var. | J | | div. reinvest. |
| 54. | | | | | buy | 1/3 | K | | |
| 55. | | | | | buy | 10/30 | J | | |
| 56. | | | | | buy | 12/28 | J | | |
| 57.   - New Perspective Fund | B | Dividend | M | T | buy | var. | J | | div. reinvest. |
| 58. | | | | | buy | 1/3 | K | | |
| 59. | | | | | buy | 10/30 | J | | |
| 60. | | | | | buy | 12/28 | J | | |
| 61.   Lincoln National Corp | A | Interest | K | T | merger | 4/17 | | | Jeff. Pilot mrgd into LNC |
| 62.   Pinnacle Nat. Bank CD | | None | | | buy | 9/11 | K | | |
| 63.   MGT Holdings | | None | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trauger, Aleta A | 04/24/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII.

16. Not taking into account the outstanding mortgage.

33. Discharged in bankruptcy.

63. Bought in 2004 as Medicsight (name change to MGT Holdings 12/06) - amendment letter enclosed.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat⬛  Date 4-24-07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY A⬛ ⬛FULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104⬛

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544